# **EXHIBIT A**

# Cris Armenta

| | |
|---|---|
| **From:** | Cris Armenta |
| **Sent:** | Monday, October 26, 2020 11:46 AM |
| **To:** | Kramer, David; Knoll, Kelly; White, Lauren Gallo |
| **Cc:** | Credence Sol |
| **Subject:** | New Case Against Google and YouTube |
| **Attachments:** | 1. Complaint.pdf |

Dear Counsel:

Enclosed is the Complaint filed earlier this morning on behalf of fifteen Plaintiffs concerning the October 15, 2020 de-platforming of their channels.  We are also serving it in your clients' agent, but given that we are immediately filing for a TRO and Preliminary Injunction, courtesy demanded that we provide it to you.

M. Cris Armenta
ARMENTA & SOL PC
11440 West Bernardo Court, Suite 300
San Diego, California 92127
Mobile: (310) 488-2080
Office: (858) 753-1724
Facsimile: (310) 695-2560
cris@crisarmenta.com

1