# EXHIBIT B

▶️ Official Blog

NEWS & EVENTS

# Managing harmful conspiracy theories on YouTube

By The YouTube Team

Oct.15.2020

  

Today, we are taking another step in our efforts to curb hate and harassment by removing more conspiracy theory content used to justify real-world violence.

 Official Blog

Today, we are taking another step in our efforts to curb hate and harassment by removing more conspiracy theory content used to justify real-world violence. This builds on our work over the last several years to strengthen and evolve our policies and enforcement — work that has been organized around four pillars: removing violative content, reducing the spread of harmful misinformation, raising authoritative voices, and rewarding trusted creators.

> " **In fact, when we looked at QAnon content, we saw the number of views that come from non-subscribed recommendations to prominent Q-related channels dropped by over 80% since January 2019.**"

Nearly two years ago, we took a major step to limit the reach of harmful misinformation by updating our recommendations system. This resulted in a 70% drop in views coming from our search and discovery systems. In fact, when we looked at QAnon content, we saw the number of views that come from non-subscribed recommendations to prominent Q-related channels dropped by over 80% since January 2019.

Additionally, we've removed tens of thousands of QAnon-videos and terminated hundreds of channels under our existing policies, particularly those that explicitly threaten violence or deny the existence of major violent events. All of this work has been pivotal in curbing the reach of

 Official Blog

Today we're further expanding both our hate and harassment policies to prohibit content that targets an individual or group with conspiracy theories that have been used to justify real-world violence. One example would be content that threatens or harasses someone by suggesting they are complicit in  one of these harmful conspiracies, such as QAnon or Pizzagate. As always, context matters, so news coverage on these issues or content discussing them without targeting individuals or protected groups may stay up. We will begin enforcing this updated policy today, and will ramp up in the weeks to come.

Due to the evolving nature and shifting tactics of groups promoting these conspiracy theories, we'll continue to adapt our policies to stay current and remain committed to taking the steps needed to live up to this responsibility.

## Related Topics

POLICY

## Related Articles

 





INSIDE YOUTUBE

### The Four Rs of Responsibility, Part 1: Removing harmful

Sep.03.2019

INSIDE YOUTUBE

### The Four Rs of Responsibility, Part 2: Raising authoritative

Dec.03.2019

INSIDE YOUTUBE

### A look at how we treat educational, documentary,

Sep.17.2020

NEWS & EVENTS

### An update to our harassment policy

Dec.11.2019