**EXHIBIT E**



US ELECTION BULLETIN     COVID-19 RESOURCE CENTER     CONTACT     SUPPORT     

**MARKETING**   Published February 21st 2020

# 57 Fascinating and Incredible YouTube Statistics

There's definitely no shortage of interesting YouTube statistics out there. We've collated the most up-to-date, most interesting facts we could find.

  

**When YouTube first made its way onto the internet, few people realized how many hours of video we'd be watching years later.**

It seems the internet never gets bored of watching videos, so now there is an entire library's worth of YouTube stats.

Instead of presenting you with the entire library, we've handpicked the 36 most interesting statistics and categorized them for you in one simple blog post.

By using our site you agree to our **use of cookies** — **I Agree**

## YouTube history statistics

The domain name "YouTube.com" was activated on February 14, 2005

The first YouTube video was uploaded on 23 April 2005. *Me at the Zoo* shows co-founder Jawed Karim at the San Diego Zoo

On October 9, 2006, it was announced that YouTube would be purchased by Google for US$1.65 billion

The first adverts were rolled out in August 2007

In May 2010, YouTube served more than 2 billion views a day.

YouTube first streamed the US Presidential debates in 2012.

By March 2013, YouTube was seeing 1bn monthly active users.

By using our site you agree to our **use of cookies** — I Agree

## YouTube user statistics

The platform has over 1.9bn logged in monthly users.

6 out of 10 people prefer online video platforms to live TV.

By 2025, half of viewers under 32 will not subscribe to a pay-TV service

In an average month, 8 out of 10 18-49 year-olds watch YouTube, while 90% of America 18-24 year olds use it

In 2015, 18-49 year-olds spent 4% less time watching TV while time on YouTube went up 74%

On mobile alone, YouTube reaches more 18-49 year-olds than any broadcast or cable TV network

You can navigate YouTube in a total of 80 different languages (covering 95% of the Internet population)

The platform has also launched in over 91 countries

Ryan, better known as Ryan ToysReview, is the highest earning YouTuber, bringing in $22m in 2018.

By using our site you agree to our **use of cookies** — I Agree

## YouTube usage statistics

YouTube is the world's second largest search engine and second most visited site after Google.

YouTube is the 2nd most popular social media platform with 1.9bn users.

500 hours of video are uploaded to YouTube every minute.

We watch over 1 billion hours of YouTube videos a day, more than Netflix and Facebook video combined.

By using our site you agree to our **use of cookies** — I Agree

70% of YouTube views come from mobile devices.

The average mobile viewing session lasts more than 40 minutes.

The first video to hit one million views was a Nike advert featuring Ronaldinho.

The video with the highest number of views is currently the music video for 'Despacito' by Luis Fonsi and Daddy Yankee. It has over 6.6bn views.

It took Gangnam Style, a previous most watched video, five months to hit 1 billion views. In comparison, Despacito took just 97 days.

The video with the most views that isn't a music video is 'Masha and The Bear – Recipe for disaster (Episode 17)' by Get Movies. It currently has over 4bn views.

The most subscribed to YouTube channels belong to T-Series, followed by PewDiePie, and Cocomelon – Nursery Rhymes  (not included YouTube's automatically generated channels).

The most-disliked YouTube video is YouTube's own 'YouTube Rewind 2018: Everyone Controls Rewind'. The most-liked YouTube video is our familiar friend 'Despacito'.

The most-watched video of 2019 was Con Calma by Daddy Yankee & Snow. (Source: BuzzSumo YouTube Analyzer)

The most-upvoted video of 2019 was Señorita by Shawn Mendes and Camila Cabello. (Source: BuzzSumo YouTube Analyzer)

The most-downvoted video of 2019 was YouTube's own 2019 rewind. Ouch. (Source: BuzzSumo YouTube Analyzer)

On average, there are 1,000,000,000 mobile video views per day.

The most searched term on YouTube is 'despacito', followed by 'bts'. In the US

By using our site you agree to our use of cookies — I Agree

the biggest search term is 'pewdiepie'. (Source: **Ahrefs**).

81% of US parents use **YouTube to find content for their children**.

Over half of YouTube users use the site to work out how to do things they've not done before:

By using our site you agree to our **use of cookies** — I Agree

**YOU MIGHT LIKE**

## 126 Amazing Social Media Statistics and Facts

A collection of 123 social media statistics and facts looking at the major platforms and how people around the world use them for pleasure and business.

Read the article

## YouTube marketing statistics

Among millennials, YouTube accounts for two-thirds of the premium online video watched across devices.

9% of U.S small businesses use YouTube.

As of Nov 2018, YouTube has paid out $3 billion to rights holders since 2007.

By using our site you agree to our **use of cookies** — I Agree

The number of channels earning six figures each year on YouTube has increased

**by 40%** year on year.

The most popular branded channel, after T-Series, is the WWE', which has **amassed over 53m subscribers**.

Viewers who complete TrueView ads—watched to completion or at least 30 seconds—were **23 times more likely** to visit or subscribe to a brand channel, watch more by that brand, or share the brand video.

Viewers who are exposed to TrueView ads but who don't watch to completion are still **10 times more likely** to take one of those actions.

When brands use TrueView, they see views of previously existing content **increase by up to 500%** after posting new videos.

By using our site you agree to our **use of cookies** — I Agree

As of Jan 2020, the **93% of the most-watched videos were music videos**. Interbrand's Top 100 Brands are collectively uploading a video to YouTube **every 18.5 minutes**.

The same brands have an average of **2.4 channels**.

Searches of "how to" videos on YouTube are **growing 70% year on year**.

Crazy, mind-boggling numbers. If you are simply a YouTube viewer who wanted to know the numbers behind the magic of online video, I hope these statistics have left you suitably impressed. Now get back to the cat videos.

If you are a marketer who is trying to decide if online video is a good way to reach your audience, these YouTube stats should demonstrate the amazing reach that can be had on YouTube.

Now get back to making those great videos. And while you're at it, grab a **free demo** of Brandwatch and see how we can help maximize your marketing efforts.

**Share this post**

By using our site you agree to our **use of cookies** — **I Agree**



## Kit Smith
Content Writer

### Categories

Marketing

### Search the blog

eg. productivity

### US Election Bulletin: Get weekly polling data, insights & trends

Combining high-quality mobile survey technology, a robust polling methodology, and expert data analysis, our bulletins will be essential reading to get the pulse of the nation.

Get the data >

---

NEW: **CONSUMER RESEARCH**

# Be Consumer Fit.

Adapt and win with Consumer Research, our new digital

By using our site you agree to our **use of cookies** — **I Agree**

consumer intelligence platform.

See Consumer Research

## More in marketing

VIEW ALL



**Interview: The Science Behind Brandwatch Search With Aykut Firat**

By **Phill Agnew** · Sep 28



**Interview: Ogilvy Head of Data & Analytics Julián Esbri on Empathy, Creativity, and Agility, Inspired by Brandwatch Insights**

By **Isabel Peláez** · Sep 23

By using our site you agree to our **use of cookies** — **I Agree**



### The Best Instagram Analytics Tools

By **Kit Smith** · Sep 21



### Why Online Reviews Are Important For Every Business

By **Stephanie Newton** · Sep 4

By using our site you agree to our **use of cookies** — I Agree

| 36 Comments | **Brandwatch Blog** | 🔒 Disqus' Privacy Policy | 💬 SueCarmel ▾ |
|---|---|---|---|

♡ **Recommend** 3    🐦 Tweet    f Share                                       Sort by Best ▾

## Products

Consumer Research

Audiences

BuzzSumo

Qriously

Vizia

APIs

Brandwatch for Agencies

Brandwatch for Education

Brandwatch Reviews

Image Insights

Asia Pac Data

## Resources

Blog

Reports

Case Studies

Guides

Webinars

Data Labs

The Brandwatch Index

Assess your social maturity

Qriously Data

## Company

Contact Us

About Us

Careers

Press

Partnerships

User Privacy Statement

Author Privacy Statement

Terms & Conditions

Information Security

Gender Pay Gap Report

Modern Slavery Act Statement

Do Not Sell My Personal Data

## More

Customer Support

Customer Success

## Covid-19 Resource Center

All our latest data stories and insights straight to your inbox

By using our site you agree to our **use of cookies** — I Agree

Sign up

The Help Center

Platform Status

Client Login

NYK Global Event Series

 English

Copyright © 2020 Brandwatch. All Rights Reserved. 1st Floor, Sovereign House, Church Street, Brighton, BN1 1UJ
Company number: 03898053 | VAT number: 754 750 710



By using our site you agree to our **use of cookies** — I Agree