# EXHIBIT J

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

## Tweet

**Susan Wojcicki** @SusanWojcicki · May 1
Thanks for reaching out. @YouTube, we're working every day to protect people from misinformation and help them find authoritative information. We appreciate your partnership and will continue to consult with Members of Congress as we address the evolving issues around #COVID19.

> **Adam Schiff** @RepAdamSchiff · Apr 30
> Misinformation is dangerous. Misinformation about public health is deadly.
>
> I sent a letter to the CEOs of @Google, @YouTube and @Twitter urging them to proactively inform users when they've interacted with medical misinformation.
>
> They can help save lives.

208 42 90

## Replies

**Silverblade** @SilverbladeDagg · May 1
Replying to @SusanWojcicki and @YouTube
Ironic that you say this to a Rep who made up a conversation between the President and the leader of Ukraine in a Congress hearing. Perhaps you should just let the free market of ideas decide, instead of censoring truth and lies and mess up both. Do something right for a change.

2 28

**Ricardo Medina** @ramthrax · May 1
Replying to @SusanWojcicki and @YouTube
When totalitarianism empowers, it only remains to get out of the system.

> BitChute is a peer-to-peer social video platform.
> BitChute aims to put creators first and provide them with a service that they can use to flourish and express their ideas freely.
> bitchute.com

6 23

**Vic-Triol** @Vic_Triol · May 1
Replying to @SusanWojcicki and @YouTube

Search Twitter

## Relevant people

**Susan Wojcicki** @SusanWojcicki
YouTube CEO

**YouTube** @YouTube
Black Lives Matter.

**Adam Schiff** @RepAdamSchiff
Representing Califo Congressional Distri House Intelligence ( @HouseIntel).

## What's happening

Politics · 24 minutes ago
**American Airlines is 'reviev the details' after Ted Cruz v photographed on a flight v wearing a mandatory mask**

**#WannaGetAway**
Book a low fare for your trip.
Promoted by Southwest Airlin

In memoriam · 2 hours ago
**Pregnant YouTube star Nic Thea dies at 24**

Trending in California
**#LAUSD**

Los Angeles Times · 1 ho
**New study suggests the ch of a big San Andreas quake tripled**
Trending with: San Andreas a Ridgecrest

Show more

Terms Privacy policy Cookies /
© 2020 Twitter, Inc.

