# EXHIBIT M

# CONGRESS.GOV

## H.Res.1154 - Condemning QAnon and rejecting the conspiracy theories it promotes.
116th Congress (2019-2020) | Get alerts

Summary(1)    Text(2)    **Actions(13)**    Titles(1)    Amendments(0)    Cosponsors(5)    Committees(2)    Related Bills(2)

13 results for All Actions | Compact View

| Date | All Actions |
|---|---|
| 10/02/2020-12:34pm | Motion to reconsider laid on the table Agreed to without objection. |
| 10/02/2020-12:34pm | On agreeing to the resolution Agreed to by the Yeas and Nays: 371 - 18, 1 Present (Roll no. 218). (text: CR H5652-5653) |
| 10/02/2020-11:50am | Considered as unfinished business. (consideration: CR H5659) |
| 10/02/2020-10:45am | POSTPONED PROCEEDINGS - At the conclusion of debate on H. Res. 1154, the Chair put the question on adoption of the resolution and by voice vote, announced the ayes had prevailed. Ms. Jayapal demanded the yeas and nays and the Chair postponed further proceedings until a time to be announced. |
| 10/02/2020-10:45am | The previous question was ordered pursuant to the rule. |
| 10/02/2020-10:07am | DEBATE - The House proceeded with one hour of debate on H. Res. 1154. |
| 10/02/2020-10:06am | Rule provides for consideration of H. Res. 1153 and H. Res. 1154 with 1 hour of general debate. Previous question shall be considered as ordered without intervening motions. Measure will be considered read. Bill is closed to amendments. |
| 10/02/2020-10:06am | Considered under the provisions of rule H. Res. 1164. (consideration: CR H5652-5657) |
| 10/01/2020-9:23pm | Rule H. Res. 1164 passed House. |
| 10/01/2020-11:41am | Rules Committee Resolution H. Res. 1164 Reported to House. Rule provides for consideration of H. Res. 1153 and H. Res. 1154 with 1 hour of general debate. Previous question shall be considered as ordered without intervening motions. Measure will be considered read. Bill is closed to amendments. |
| 09/25/2020 | Referred to the Committee on the Judiciary, and in addition to the Committee on Intelligence (Permanent Select), for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned. |
| 09/25/2020 | Referred to the Committee on the Judiciary, and in addition to the Committee on Intelligence (Permanent Select), for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned. |
| 09/25/2020 | Introduced in House |

◯ Actions Overview [2]    ◯ All Actions Except Amendments [13]    ⦿ All Actions [13]

**Roll Call Votes**

See "roll call vote" in glossary    Check all    ☐ House Roll Call Vote [1]

**Action By**

☐ House [13]

**House Committees**

☐ Intelligence (Permanent Select) [1]   ☐ Judiciary [1]