# EXHIBIT P

| Number | title | Column2 | ns2:Total_Videos | ns2:Views |
|---|---|---|---|---|
| 1 | Amazing Polly | | 387 | 24660282 |
| 2 | Daniel Lee | | 84 | 999348 |
| 3 | DeceptionBytes | | 1030 | 18239613 |
| 4 | Destroying the Illusion | | 796 | 35050517 |
| 5 | Destroying the Illusion 2.0 | | 3 | 7605 |
| 6 | dnajlion7 | | 2652 | 28361823 |
| 7 | Edge of Wonder | | 316 | 38089707 |
| 8 | IntheMatrixxx | | 464 | 4667407 |
| 9 | JustInformed Talk | | 890 | 60154395 |
| 10 | prayingmedic | | 475 | 4254005 |
| 11 | RedPill78 | | 800 | 48764950 |
| 12 | Sarah Westall | | 669 | 15367956 |
| 13 | SGTreport | | 1492 | 130503359 |
| 14 | SGTreport2: *BACK UP channel* | | 31 | 1597694 |
| 15 | SpaceShot76 | | 792 | 32227188 |
| 16 | TRUreporting | | 864 | 23626051 |
| 17 | Woke Societies | | 217 | 4617715 |
| 18 | X22Report | | 3721 | 292569198 |

| ns2:Subscribers | ns2:Created_Date | ns2:Deleted_Date | Number2 |
|---:|---:|---:|---|
| 375000 | 3/9/2016 | 10/15/2020 | 1 |
| 30300 | 10/23/2019 | 10/15/2020 | 2 |
| 69200 | 7/31/2011 | 10/15/2020 | 3 |
| 238000 | 11/24/2016 | 10/15/2020 | 4 |
| 51600 | 2/24/2018 | 10/15/2020 | 5 |
| 113000 | 10/7/2007 | 10/15/2020 | 6 |
| 467000 | 12/6/2017 | 10/15/2020 | 7 |
| 76900 | 7/11/2013 | 10/15/2020 | 8 |
| 281000 | 1/15/2015 | 10/15/2020 | 9 |
| 391000 | 7/27/2010 | 10/15/2020 | 10 |
| 270000 | 7/21/2006 | 10/15/2020 | 11 |
| 125000 | 4/4/2012 | 10/15/2020 | 12 |
| 630000 | 2/3/2007 | 10/15/2020 | 13 |
| 107000 | 1/26/2011 | 10/15/2020 | 14 |
| 159000 | 12/15/2008 | 10/15/2020 | 15 |
| 216000 | 3/5/2015 | 10/15/2020 | 16 |
| 108000 | 4/27/2019 | 10/15/2020 | 17 |
| 952000 | 2/4/2013 | 10/15/2020 | 18 |

| ns2:YouTube_Channel_URL | Number |
|---|---|
| https://www.youtube.com/channel/UCJkOZZrGNEJYDhzVwd24Bfg | 1 |
| https://www.youtube.com/channel/UCybDwbDsJO40T019BcVRw-w | 2 |
| https://www.youtube.com/channel/UCjWAU0s1-MJb3C2OWHSxN5g | 3 |
| https://www.youtube.com/channel/UCMVTRzCXvIbdK0Y1ZxD-BlA | 4 |
| https://www.youtube.com/channel/UC0v4ZBPYfq-sPmXOd67cDww | 5 |
| https://www.youtube.com/channel/UCQ1h0i1ksKlvPI7zI6t9XoA | 6 |
| https://www.youtube.com/channel/UCxC2RlwWGHnwXanvHNBmw2w | 7 |
| https://www.youtube.com/channel/UCtYWoR-C-oAceQse9Wam_fQ | 8 |
| https://www.youtube.com/channel/UCm5CkXzGXb-A2XX0nuTctMQ | 9 |
| https://www.youtube.com/channel/UCSio3E7kYvPeHKhfuYZWriA | 10 |
| https://www.youtube.com/channel/UCk0rJN52_9-cLGW-TeZwDGw | 11 |
| https://www.youtube.com/channel/UCtO4mL7AAM97yt5EHacdpKw | 12 |
| https://www.youtube.com/channel/UC2nQYGjfe9I_tgWpqgJorUg | 13 |
| https://www.youtube.com/channel/UCZAfwtPpZyByqTcTmvJuy0g | 14 |
| https://www.youtube.com/channel/UCKpH2KFEngc9Csp2i71znYA | 15 |
| https://www.youtube.com/channel/UCpwXjOAwWDuWlmA2gTjjBwg | 16 |
| https://www.youtube.com/channel/UCChqaZ_kStPhOgDx1NxdA0w | 17 |
| https://www.youtube.com/channel/UCB1o7_gbFp2PLsamWxFenBg | 18 |

| link |
| --- |
| https://altCensored.com/channel/UCJkOZZrGNEJYDhzVwd24Bfg |
| https://altCensored.com/channel/UCybDwbDsJO40T019BcVRw-w |
| https://altCensored.com/channel/UCjWAU0s1-MJb3C2OWHSxN5g |
| https://altCensored.com/channel/UCMVTRzCXvIbdK0Y1ZxD-BlA |
| https://altCensored.com/channel/UC0v4ZBPYfq-sPmXOd67cDww |
| https://altCensored.com/channel/UCQ1h0i1ksKlvPI7zI6t9XoA |
| https://altCensored.com/channel/UCxC2RlwWGHnwXanvHNBmw2w |
| https://altCensored.com/channel/UCtYWoR-C-oAceQse9Wam_fQ |
| https://altCensored.com/channel/UCm5CkXzGXb-A2XX0nuTctMQ |
| https://altCensored.com/channel/UCSio3E7kYvPeHKhfuYZWriA |
| https://altCensored.com/channel/UCk0rJN52_9-cLGW-TeZwDGw |
| https://altCensored.com/channel/UCtO4mL7AAM97yt5EHacdpKw |
| https://altCensored.com/channel/UC2nQYGjfe9I_tgWpqgJorUg |
| https://altCensored.com/channel/UCZAfwtPpZyByqTcTmvJuy0g |
| https://altCensored.com/channel/UCKpH2KFEngc9Csp2i71znYA |
| https://altCensored.com/channel/UCpwXjOAwWDuWlmA2gTjjBwg |
| https://altCensored.com/channel/UCChqaZ_kStPhOgDx1NxdA0w |
| https://altCensored.com/channel/UCB1o7_gbFp2PLsamWxFenBg |