# EXHIBIT Q

# EXHIBIT B

## Screen Captures from SocialBlade.com and YouTube.com

The following screen captures show channel statistics from SocialBlade.com (the most popular social media analytics service) and current error messages received from YouTube.com when accessing the now removed channels.

## Contents

Channel "JustInformed Talk"; YouTube ID: UCm5CkXzGXb-A2XX0nuTctMQ; Plaintiff JOHN DOE ....... 2

Channel "SGT Report *2*"; YouTube ID: UCZAfwtPpZyByqTcTmvJuy0g; Plaintiff MICHAEL DOE....... 3

Channel "SGT Report"; YouTube ID: UC2nQYGjfe9I_tgWpqgJorUg; Plaintiff MICHAEL DOE.............. 4

Channel "X22Report "; YouTube ID: UCB1o7_gbFp2PLsamWxFenBg; Plaintiff JAMES DOE................ 5

Channel "SpaceShot76"; YouTube ID: UCKpH2KFEngc9Csp2i71znYA; Plaintiff HENRY DOE ............... 6

Channel "TRUreporting"; YouTube ID: UCpwXjOAwWDuWlmA2gTjjBwg; Plaintiff ROBERT DOE ...... 7

Channel "RedPill78"; YouTube ID: UCk0rJN52_9-cLGW-TeZwDGw; Plaintiff CHRISTOPHER DOE .... 8

Channel "Edge of Wonder"; YouTube ID: UCxC2RlwWGHnwXanvHNBmw2w; Plaintiff MATHEW DOE ................................................................................................................................................. 9

Channel "Amazing Polly"; YouTube ID: UCJkOZZrGNEJYDhzVwd24Bfg; Plaintiff POLLY ST. GEORGE ............................................................................................................................................... 10

Channel "Woke Societies"; YouTube ID: UCChqaZ_kStPhOgDx1NxdA0w; Plaintiff SCOTT DEGROAT ............................................................................................................................................... 11

Channel "prayingmedic"; YouTube ID: UCSio3E7kYvPeHKhfuYZWriA; Plaintiff DAVID J. HAYES ..... 12

Channel "dnajlion7"; YouTube ID: UCQ1h0i1ksKlvPI7zI6t9XoA; Plaintiff DANIEL LEE....................... 13

Channel "Daniel Lee"; YouTube ID: UCybDwbDsJO40T019BcVRw-w; Plaintiff DANIEL LEE............. 14

Channel "DeceptionBytes"; YouTube ID: UCjWAU0s1-MJb3C2OWHSxN5g; Plaintiff MISHEL McCUMBER .................................................................................................................................. 15

Channel "IntheMatrixxx"; YouTube ID: UCtYWoR-C-oAceQse9Wam_fQ ; Plaintiff JEFF PEDERSEN 16

Channel "Destroying the Illusion"; YouTube ID: UCMVTRzCXvIbdK0Y1ZxD-BlA; Plaintiff JORDAN SATHER................................................................................................................................... 17

Channel "Destroying the Illusion 2.0"; YouTube ID: UC0v4ZBPYfq-sPmXOd67cDww; Plaintiff JORDAN SATHER................................................................................................................................... 18

Channel "Sarah Westall"; YouTube ID: UCtO4mL7AAM97yt5EHacdpKw; Plaintiff SARAH WESTALL ................................................................................................................................................ 19

**Channel "JustInformed Talk"; YouTube ID: UCm5CkXzGXb-A2XX0nuTctMQ; Plaintiff JOHN DOE**





**Channel "SGT Report *2*"; YouTube ID: UCZAfwtPpZyByqTcTmvJuy0g; Plaintiff MICHAEL DOE**





**Channel "SGT Report *2*"; YouTube ID: UCZAfwtPpZyByqTcTmvJuy0g; Plaintiff MICHAEL DOE**





**Channel "SGT Report"; YouTube ID: UC2nQYGjfe9I_tgWpqgJorUg; Plaintiff MICHAEL DOE**





**Channel "X22Report "; YouTube ID: UCB1o7_gbFp2PLsamWxFenBg; Plaintiff JAMES DOE**





**Channel "SpaceShot76"; YouTube ID: UCKpH2KFEngc9Csp2i71znYA; Plaintiff HENRY DOE**





**Channel "TRUreporting"; YouTube ID: UCpwXjOAwWDuWlmA2gTjjBwg; Plaintiff ROBERT DOE**





**Channel "RedPill78"; YouTube ID: UCk0rJN52_9-cLGW-TeZwDGw; Plaintiff CHRISTOPHER DOE**





**Channel "Edge of Wonder"; YouTube ID: UCxC2RlwWGHnwXanvHNBmw2w; Plaintiff MATHEW DOE**





**Channel "Amazing Polly"; YouTube ID: UCJkOZZrGNEJYDhzVwd24Bfg; Plaintiff POLLY ST. GEORGE**





**Channel "Woke Societies"; YouTube ID: UCChqaZ_kStPhOgDx1NxdA0w; Plaintiff SCOTT DEGROAT**





**Channel "prayingmedic"; YouTube ID: UCSio3E7kYvPeHKhfuYZWriA; Plaintiff DAVID J. HAYES**





**Channel "dnajlion7"; YouTube ID: UCQ1h0i1ksKlvPI7zI6t9XoA; Plaintiff DANIEL LEE**





**Channel "Daniel Lee"; YouTube ID: UCybDwbDsJO40T019BcVRw-w; Plaintiff DANIEL LEE**





**Channel "DeceptionBytes"; YouTube ID: UCjWAU0s1-MJb3C2OWHSxN5g; Plaintiff MISHEL McCUMBER**





**Channel "IntheMatrixxx"; YouTube ID: UCtYWoR-C-oAceQse9Wam_fQ ; Plaintiff JEFF PEDERSEN**





**Channel "Destroying the Illusion"; YouTube ID: UCMVTRzCXvIbdK0Y1ZxD-BlA; Plaintiff JORDAN SATHER**





**Channel "Destroying the Illusion 2.0"; YouTube ID: UC0v4ZBPYfq-sPmXOd67cDww; Plaintiff JORDAN SATHER**





**Channel "Sarah Westall"; YouTube ID: UCtO4mL7AAM97yt5EHacdpKw; Plaintiff SARAH WESTALL**



