**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN DOE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>        Defendants. | Case No. 20-cv-07502-BLF<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND** |

On October 27, 2020, Plaintiffs filed an application for a temporary restraining order seeking to enjoin Defendants from "breaching their contract with Plaintiffs, as set forth in YouTube's Terms of Service, by taking down their videos and/or YouTube channels that discuss, analyze, or mention 'QAnon.'" ECF 8 at 18. Defendants SHALL file a response by October 30, 2020 at 12:00pm. A hearing is hereby SET for November 2, 2020 at 9:00am via Zoom.

**IT IS SO ORDERED.**

Dated: October 28, 2020

                                                BETH LABSON FREEMAN
                                                United States District Judge