United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN DOE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-07502-BLF<br><br>**ORDER DIRECTING PLAINTIFFS TO SERVE DEFENDANTS WITH NOTICE OF ORDER TO RESPOND BY 3:00PM TODAY, FILE PROOF OF SERVICE** |

　　　The Court DIRECTS Plaintiffs to serve Defendants with notice of the Court's Order Directing Defendants to Respond to Plaintiffs' Ex-Parte Application for a Temporary Restraining Order. *See* ECF 16. Service shall be made **no later than 3:00pm on October 28, 2020**. Plaintiffs are further ORDERED to file proof of service with the Court.

Dated: October 28, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge