**ARMENTA & SOL, PC**
M. Cris Armenta (SBN 177403)
Credence E. Sol (SBN 219784)
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
Telephone: (858) 753-1724
Facsimile: (310) 695-2560
cris@crisarmenta.com
credence@crisarmenta.com

Attorneys for Plaintiffs
JOHN DOE, MICHAEL DOE, JAMES DOE,
HENRY DOE, ROBERT DOE, CHRISTOPHER
DOE, MATTHEW DOE, POLLY ST. GEORGE,
SCOTT DEGROAT, DAVID J. HAYES, DANIEL
LEE, MISHEL McCUMBER, JEFF PEDERSEN,
JORDAN SATHER, SARAH WESTALL

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual; MICHAEL DOE, an individual; JAMES DOE, an individual; HENRY DOE, an individual; ROBERT DOE, an individual; CHRISTOPHER DOE, an individual; MATHEW DOE, an individual; POLLY ST. GEORGE, an individual; SCOTT DEGROAT, an individual; DAVID J. HAYES, an individual; DANIEL LEE, an individual, MISHEL McCUMBER, an individual; JEFF PEDERSEN, an individual; JORDAN SATHER, an individual; SARAH WESTALL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, LLC., a Delaware limited liability company; YOUTUBE LLC, a Delaware limited liability company; DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. 5:20-cv-07502<br><br>Hon.<br><br>**DECLARATION OF M. CRIS ARMENTA RE SERVICE OF INITIATING PAPERS, EX PARTE APPLICATION AND SUPPORTING DOCUMENTS, COURT'S ORDERS**<br><br>Date Filed:  October 26, 2020 |

Case No. 20-cv-07502
**DECLARATION OF M. CRIS ARMENTA**

**Declaration of M. Cris Armenta**

I, M. Cris Armenta, declare:

1. I am an attorney in good standing with the State Bar of California and admitted to practice before this Court. I am a shareholder in Armenta & Sol, PC, counsel of record to Plaintiffs JOHN DOE, MICHAEL DOE, JAMES DOE, HENRY DOE, ROBERT DOE, CHRISTOPHER DOE, MATTHEW DOE, POLLY ST. GEORGE, SCOTT DEGROAT, DAVID J. HAYES, DANIEL LEE, MISHEL McCUMBER, JEFF PEDERSEN, JORDAN SATHER, SARAH WESTALL. I make this Declaration based on my own personal knowledge and if called as a witness, I could and would testify competently as follows:

2. On October 26, 2020, at 11:46 a.m., after the Complaint was filed, I emailed the Summons for YouTube, the Summons for Google (although they had not yet been issued by the Clerk), the Civil Cover Sheet and the Complaint to David Kramer, Lauren Gallo White and Kelly Knoll, all attorneys at Wilson Sonsini Goodrich & Rosati, counsel to Google LLC and YouTube LLC ("Defendants' Counsel") . In that email, I also advised Defendants' Counsel that the Plaintiffs intended to seek emergency relief. I have previously been in regular email and telephone contact with these attorneys in another currently pending case in which Google and YouTube are defendants and have found email transmissions with them to be reliable. The email addresses used for all transmissions were: lwhite@wsgr.com; dkramer@wsgr.com; kknoll@wsgr.com

3. I also caused the initial case opening papers to be served on YouTube and Google's corporate Agent for Service of Process in an abundance of caution, and their agents were served on October 26, 2020 at 1:18 p.m. Attached as Exhibit A is a true and correct copy of the service notice I received, along with the Proofs of Service for each of the Defendant entities.

4. On October 27, 2020, as the Ex Parte Application, Declarations, and Proposed Order were being uploaded, I also emailed these papers or shared a link to them with Defendants' Counsel as follows: Application for TRO and Proposed Order at 11:02 a.m. I provided Defendants' Counsel, via email, the Declarations and Exhibits, via an email link to a shared file at 12:01 p.m. and directed them to PACER for the conformed copies. I attest that the copies I

provided Defendants' Counsel were identical to those that were in the process of being uploaded through the Court's ECF system. I followed up via email at 12:10 p.m., asking for confirmation of receipt and advising that Defendants' Counsel should contact me if they had trouble opening any of the pdf's or the shared filed link. Because I received no return emails or confirmations of receipt, between 1:32 p.m. and 1:40 p.m., I telephoned each of the three Defendants' Counsel also and left voicemails for Mr. Kramer and Ms. White. I reached Ms. Knowles, who directed me to send any notices or information via email only.

5. On October 27, 2020, I received an email from Ms. Hallo White, confirming the receipt of the Ex Parte Notice and requesting the identification of the DOE Plaintiffs advising they needed them to check conflicts, a briefing schedule of an extra week or two in order to investigate. I responded and advised that none of the DOE Plaintiffs have ever been represented by Defendants' Counsel and I would be prepared to offer a declaration to that effect. I also advised that our clients would not voluntarily extend or agree to delay the time for briefing, given the nature of the relief sought and the rights at issue and due to the impending election on Tuesday, November 4. 2020.

6. On October 28, 2020, at 10:10 a.m. I provided a copy of this Court's Order, Docket 16 to Defendants' counsel via email and asked that they confirm receipt. At 11:03 p.m., I advised the Clerk of the Court that for the Plaintiffs, Credence Sol and I would appear for the Plaintiffs on Monday, November 3, 3030. I copied this email to Defendants' Counsel. By 1:09 p.m., I still had not heard from Defendants' counsel, so I left a voicemail for each of them at 1:10 p.m., 1:11 p.m., and 1:12 p.m.

7. On October 28, 2020 at 1:37 p.m., I provided the Defendants' Counsel, via email, this Court's docket entries re the Zoom hearing and this Court's Docket 18 regarding the provision and filing of a proof of service on the Defendants.

/ / /

/ / /

/ / /

/ / /

8. In an abundance of caution, the entirety of the papers are also being served on Defendants' Agent for Service of Process, but I have not yet obtained the Proof of Service with respect to the service on the agent in Sacramento.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on October 28, 2020.

/s/ M. Cris Armenta
M. Cris Armenta

**EXHIBIT A**

# Cris Armenta

| | |
|---|---|
| **From:** | Lance Casey <notifications@mail.servemanager.com> |
| **Sent:** | Tuesday, October 27, 2020 2:25 PM |
| **To:** | Cris Armenta |
| **Subject:** | [ServeManager] Job #5013252 Served |

# Served

Lance Casey shared a service notification with you:

## Details

**Process Server:** Lance Casey

**Date & Time:** Oct 27, 2020, 1:10 pm PDT

**Service Type:** Registered Agent

**Description of Service:**

Koy Saechao

## Recipient

 Recipient: Google, Inc c/o CSC Lawyers Incorporating Service

**Description of Recipient:**

## Service Address

2710 Gateway Oaks Dr Suite 150N, Sacramento, CA 95833

# Job & Case

**Job:** 5013252

**Recipient:** Google, Inc c/o CSC Lawyers Incorporating Service

**Case:** 5:20-cv-07502

**Plaintiff:**

**Defendant:** Youtube LLC

1

**Court:** United States District Court for the Northern District of California

**County:**

**Documents:** Summons, Civil Cover Sheet, Complaint

---

## Shared with you by:

Lance Casey
5 Star Legal Support Services, Inc.
serviceofprocess916@gmail.com
8006834769

**Cris Armenta**

| | |
|---|---|
| **From:** | Lance Casey <notifications@mail.servemanager.com> |
| **Sent:** | Tuesday, October 27, 2020 1:19 PM |
| **To:** | Cris Armenta |
| **Subject:** | [ServeManager] Job #5013268 Served |

# Served

Lance Casey shared a service notification with you:

## Details

**Process Server:** Lance Casey

**Date & Time:** Oct 27, 2020, 1:18 pm PDT

**Service Type:** Registered Agent

**Description of Service:**

## Recipient

Recipient: Youtube LLC c/o CSC Lawyers Incorporating Service

**Description of Recipient:** Koy Saechao

## Service Address

2710 Gateway Oaks Dr Suite 150N, Sacramento, CA 95833

## GPS Data

**Mobile Device:** Android 10

**GPS Coordinates:** 38.6162683, -121.5165211

**GPS Timestamp:** 1603829617604

---

# Job & Case

**Job:** 5013268

**Recipient:** Youtube LLC c/o CSC Lawyers Incorporating Service

1

**Case:** 5:20-cv-07502

**Plaintiff:**

**Defendant:** Youtube LLC

**Court:** United States District Court for the Northern District of California

**County:**

**Documents:** Summons, Civil Cover Sheet, Complaint

---

**Shared with you by:**

Lance Casey
5 Star Legal Support Services, Inc.
serviceofprocess916@gmail.com
8006834769

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-07502

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Youtube LLC c/o CSC Lawyers Incorporating Service was received by me on *(date)* 10/26/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Youtube LLC c/o CSC Lawyers Incorporating Service - Koy Saechao , who is designated by law to accept service of process on behalf of *(name of organization)* Youtube LLC c/o CSC Lawyers Incorporating Service on *(date)* Tue, Oct 27 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ $75 for services, for a total of $ 75.

I declare under penalty of perjury that this information is true.

Date: 10/27/2020

*Server's signature*

Lance Casey

*Printed name and title*

2386 Fair Oaks Blvd, Sacramento, CA 95825

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 27, 2020, 1:18 pm PDT at 2710 Gateway Oaks Dr Suite 150N, Sacramento, CA 95833 received by Youtube LLC c/o CSC Lawyers Incorporating Service. Other: Soy Saechao ;

2) Successful Attempt: Oct 27, 2020, 1:18 pm PDT at 2710 Gateway Oaks Dr Suite 150N, Sacramento, CA 95833 received by Youtube LLC c/o CSC Lawyers Incorporating Service. Other: Koy Saechao ;

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-07502

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Youtube LLC c/o CSC Lawyers Incorporating Service was received by me on *(date)* 10/26/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Youtube LLC c/o CSC Lawyers Incorporating Service - Koy Saechao , who is designated by law to accept service of process on behalf of *(name of organization)* Youtube LLC c/o CSC Lawyers Incorporating Service on *(date)* Tue, Oct 27 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ $75 for services, for a total of $ 75.

I declare under penalty of perjury that this information is true.

Date: 10/27/2020

*Server's signature*

Lance Casey

*Printed name and title*

2386 Fair Oaks Blvd, Sacramento, CA 95825

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 27, 2020, 1:18 pm PDT at 2710 Gateway Oaks Dr Suite 150N, Sacramento, CA 95833 received by Youtube LLC c/o CSC Lawyers Incorporating Service. Other: Soy Saechao ;

2) Successful Attempt: Oct 27, 2020, 1:18 pm PDT at 2710 Gateway Oaks Dr Suite 150N, Sacramento, CA 95833 received by Youtube LLC c/o CSC Lawyers Incorporating Service. Other: Koy Saechao ;