DAVID H. KRAMER, State Bar No. 168452
LAUREN GALLO WHITE, State Bar No. 309075
KELLY M. KNOLL, State Bar No. 305579
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: lwhite@wsgr.com
Email: kknoll@wsgr.com

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN DOE, ET AL.,

Plaintiffs,

v.

GOOGLE LLC, ET AL.,

Defendants.

CASE NO.: 5:20-cv-07502-BLF

**DECLARATION OF DAVID H. KRAMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Date: November 2, 2020
Time: 9:00am
Before: Hon. Beth Labson Freeman

I David H. Kramer, declare as follows:

1. I am a member of the law firm Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Google LLC and YouTube, LLC in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a webpage which is publicly available on the GoFundMe website at https://www.gofundme.com/f/support-big-tech-whistleblowers. This copy of the webpage was retrieved on October 29, 2020.

3. Attached hereto as Exhibit B is a true and correct copy of the YouTube webpage containing the video titled "Cris Armenta Explains the Legal Strategy of the PunchGoogle Emergency Injunction," which is publicly available on YouTube's website at https://www.youtube.com/watch?v=BLrzP2rBgDw. This copy of the YouTube webpage was retrieved on October 29, 2020.

4. Attached hereto as Exhibit C is a true and correct copy of a message that the online service Twitter indicates was posted to its website on October 15, 2020 at 9:09 p.m. by a user with the username "SGTreport." The message is publicly available on Twitter's website at https://twitter.com/SGTreport/status/1316954297695916033. This copy of the Twitter webpage was retrieved on October 29, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 30, 2020 at Palo Alto, California.

*/s/ David H. Kramer*
David H. Kramer

**ATTORNEY ATTESTATION**

I, Lauren Gallo White, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

/s/Lauren Gallo White
Lauren Gallo White

# EXHIBIT A



Search | How it works | Start a GoFundMe

Sign in | Share | Donate

# Stop Big Tech Election Interference

Punch Google - Promo

$132,676 raised of $130,000 goal
3.1K donors
2.3K shares
3.1K followers
Share
Donate now
Anonymous
$50 • 12 mins
Levi George
$10 • 1 hr
Anonymous
$100 • 3 hrs
edward hannegan
$10 • 3 hrs
Anonymous
$20 • 3 hrs
See all
See top donations

Zach Vorhies is organizing this fundraiser on behalf of Ryan Hartwig.

Created October 19, 2020 |  Other

**DONATE NOW to sue Google! STOP THE ELECTION COUP!**

***All funds go to cover costs of this EMERGENCY INJUNCTION against Google/YouTube.***

*(note - there is an entire section about the Attorney Cris Armenta at the **bottom** of this campaign content. Please click through.)*

*Updates:*

** **FULLY FUNDED! THANK YOU TO ALL THE***

***BRAVE PATRIOTS THAT CAME TOGETHER TO MAKE THIS POSSIBLE!! YOU ARE THE VANGUARD! YOU HAVE MADE US PROUD! ALL ADDITIONAL DONATIONS WILL BE USED TOWARD THE LEGAL CASE WHICH WE EXPECT TO BE PUSHED ALL THE WAY TO THE SUPREME COURT!***

** Oct. 26th: EMERGENCY INJUNCTION IS FILED!*
** PRESS RELEASE*
** INJUNCTION*
** Oct. 28th: District Court Orders first hearing on Nov. 2nd. PDF*
** Are you using paypal or want to make a (tax-deductible) donation through paypal? Use this link .*

***Are you interested in joining the case as a plaintiff?Enter your information here and we will get back to you.***

Hi, my name is Zach Vorhies and I'm known as the Google Whistleblower. I'm working with Ryan Hartwig, Facebook Whistleblower on this campaign.

I worked at Google for 8.5 years as a senior software engineer. The last three years of which was spent at Google-owned YouTube.

With much regret, my former employer YouTube has now become a direct threat to the United States of America and the Republic for which it stands. YouTube is engaging in reckless censorship by doing a mass purge of content creators it deems "brand unsafe."

Why would Google take actions that seemingly squash the clear exchange of ideas and differing points of view? Doesn't that seem to interfere with free speech? The election? In fact, this is EXACTLY the case. Google is deliberately attempting to influence the election by preventing certain opinions from being shared.

from being shared.

Here are just a few of the Youtube channels that were deleted last week by Google/Youtube:

*Images courtesy of altCensored.com/channel/deleted*

**This behavior is nothing short of an election coup!**

People may think that the phrase "election coup" is too strong, maybe even hyperbole. Google wouldn't ACTUALLY want to do a coup… would they?

As someone who saw the inside of Google, my answer to this is: "Yes, without ANY doubt".

I know because I saw it with my own eyes. It took me several years of watching Google build this election-rigging machine before I came to the conclusion that Google would certainly try to steal the 2020 election. This was not something they tried to hide. Instead, they carefully documented as a huge project named “Machine Learning Fairness” - which I downloaded and disclosed to the public in August of 2019. The disclosure is 950 pages and can be seen here.

Don’t just take my word for it, Jen Gennai, a current high level Google director, admitted last year to an undercover journalist that only something the size of Google could “prevent the next Trump situation”.

As a former employee, I understand the scale of Google. I am terrified about what could happen to me

for fighting the biggest election rigging machine the world has ever known.

What is one small individual like myself compared to this GIANT? If I were Google I would have this company whistleblower killed. Does this sound outlandish? *Here is what Google did to me when I sent that 950 pages to the DOJ in August of 2019*:

What you see here is a wellness check that included the San Francisco Police department, the FBI and the

Bomb squad. I wish I was making this up but it actually happened.

**This is a David VS Goliath moment**

The only thing that terrifies me more than dying and my family being targeted is the world that Google is building for all of us. This is really our last stand. This is more than a coup on the US election, if Google wins it will be a coup on humanity. Why? Because Google see's YOU as a programmable unit; programmable via its control of the information they return to you when you use Google search, Google news and YouTube. For example, this Google slide details how the company manipulates you.

(link)

This intention to program YOU (the American Public) is also found in other documents from the company:

"Generalized filter bubble"

**This is not a "Left vs Right" or "Conservative vs Liberal" issue**

This fight has nothing to do with politics. It is a fight for the future of humanity. I do this not just for you, but also for your children, your children's children and for generations to come. They deserve the free world that we inherited. *The torch of freedom must be passed on*.

This is a once in a lifetime opportunity to stand together and fight against Google. As a single person I mean nothing. It has always been YOU, the American people that has made this fight possible. Together Google CAN and WILL be stopped!

Stand with me and FIGHT NOW! I am putting $5k of my own money into this to say "no more". Others have done the same. Stand with us with a donation of $5, $10 or $15 dollars which together will fund this emergency injunction.

Amplify, share and like this story as much as Big Tech will allow. Time is of the essence. We are being censored. Go NOW to all social media platforms and

SHARE punchgoogle.com. Share it with your friends, your family and your co-workers.

Regardless of your political affiliation, together we can TOPPLE Google and restore freedom of speech to our land. Pledge now. And make sure you tell your friends about this campaign found at punchgoogle DOT com (which will redirect to this gofundme).

Thank you,

~Zach

### *About the Attorney Cris Armenta*

I want to mention that I (Zach Vorhies) did an extensive vetting of many attorneys across the country. Cris Armenta was the one with the ***strongest*** knowledge about how to defeat Google.

The necessary criteria for selection includes:

1. The attorney practices in California.
2. The attorney has specific knowledge and strategy on how to attack YouTube/Google.
3. The attorney are prepared to file the suit immediately.

It turns out the Google/YouTube terms of service requires that the person sue Google in California. Although the venue could possibly be challenged in court, doing so adds additional risk.

What sealed the deal beyond the conversation about legal strategy was also the coincidence that Cris Armenta was also selected by my friend and YouTube content creator "Young Pharaoh" (500k subs on YouTube) to represent him in his case against YouTube. Cris Armenta's case history against Google means she has a well thought out strategy. After going in depth and playing a bunch of angles with

Cris Armenta during the vetting process it was clear why "Young Pharaoh" chose Cris Armenta to represent him.

**LEGAL STRATEGY**

This is essentially a *breach of contract* lawsuit against Google.

Here's the brief summary of our strategy:

1. Case to be filed by the top conservative accounts that were purged on October 15, 2020.

2. Google/YouTube violated its own Terms of Service by shutting down the accounts because they can only do so when 3 conditions existed by their own TOS.

3. They claim they were shut down for repeated violations and harassment.

4. But, the channels were not repeaters nor did they harass, and the new harassment policy was enacted in a way to complete decimate these channels specifically.

5. The Plaintiffs will be seeking a TRO or emergency injunction to put the channels back up.

6. The Plaintiffs have a First Amendment right to speak, large reach, and there is "state action" in so far as Representative Schiff demanded that "conspiracy" channels come down and HR 1154 condemned the type of speech up on these channels.

7. This is a First Amendment case, but it will be simplified by holding YouTube accountable to the very TOS it itself imposed.

8. The attorneys involved have extensive experience in litigating with Google and are shaping up the case

to either win at the Ninth Circuit (President flipped the circuit) or to create clear path for the amendment of Section 230.

9. Last week, SCOTUS declined to hear the case where the Ninth Circuit said that 230 immunity is NOT "boundless."

10. We have a good chance of success and paring back the Section 230 immunity and getting the conservative pro-Trump content back up before the election, just in time, if we are funded adequately.

An in-depth discussion about the legal strategy can be viewed in the following video (around 45 minutes).

Cris Armenta Explains the Legal Strate

**Q&A**

**Q: When will the injunction be filed?**

*A: Assuming this crowdfunding reaches the funding goal, the injunction will be filed by the end of the week. Around the 26th or sooner.*

**Q: Can I be a party to the suit?**

*A: Yes, we have an open call for those that have been wrongly terminated by YouTube for political reasons. If this sounds like you, please fill out this form.*

**Q: Is a class action status being considered?**

A: Yes.

**Q: How can I book an interview with Zach?**

A: Use this link to book a zoom meeting.

**Q: Can the donation be tax deductible?**

A: Yes! We allow a tax-deductible charitable donation, just follow this link.

**Q: Who is Ryan Hartwig and why is he connected to this campaign?**

A: Ryan Hartwig is a Facebook whistleblower that I have been working with for a number of months. Ryan has an Arizona non-profit. All funds will be donated to legal fees and costs.

**Legal Disclaimer**

*The donations will be used to fund a lawsuit against Google, YouTube and Alphabet directed to speech that is protected by the First Amendment and that was purged from YouTube through demonetizations, terminations or suspensions in violation of the YouTube Terms of Service. The donations will be used to fund attorneys' fees and costs on behalf of the named Plaintiffs in the lawsuit, and any Plaintiffs thereafter added. All donations of any amount are welcome, but only funds from U.S. citizens and permanent residents will be accepted. All donated funds will be used solely to defray attorneys' fees and other costs related to this legal representation. By donating, the donors agree that they understand that they have no authority to direct the representation or have access to confidential client or privileged communications. Any unused funds at the conclusion of the representation will be returned*

*to The Hartwig Foundation for Free Speech.*

**GoFundMe Guarantee**

Only donations on our platform are protected by the GoFundMe Guarantee.

**Donate** **Share**

## Organizer and beneficiary

Zach Vorhies
Organizer
Phoenix, AZ

Contact

→

Ryan Hartwig
Beneficiary

Report fundraiser

**#1 FUNDRAISING PLATFORM**

People have raised more money on GoFundMe than anywhere else.
Learn more

**GOFUNDME GUARANTEE**

In the rare case that something isn't right, we will refund your donation.
Learn more

**EXPERT ADVICE, 24/7**

Contact us with your questions and we'll answer, day or night.
Learn more



Choose your language

English (U

**FUNDRAISE FOR**

Medical

Emergency

Memorial

Education

Nonprofit

**LEARN MORE**

How GoFundMe works

Why GoFundMe

Common questions

Success stories

Supported countries

Team fundraising

Donate button

Support COVID-19 fundraisers

**RESOURCES**

Help center

Blog

GoFundMe Stories

Press center

Careers

About

© 2010-2020 GoFundMe Terms Privacy Do not sell my information Legal 

# EXHIBIT B

youtube.com/watch?v=BLrzP2rBgDw

YouTube

Search

Cris Armenta Explains the Legal Strategy of the PunchGoogle Emergency Injunction

Unlisted

457 views • Oct 20, 2020

 36  0  SHARE SAVE ...

Zach Vorhies
1.74K subscribers

SUBSCRIBE

8 Comments SORT BY

Add a public comment...

**Truth and Art TV Limited Edition** 5 days ago

Thank you. This was very informative. Looking forward to hearing more about this topic moving forward.

2 REPLY

**God is my Rock** 5 days ago

I've been censored on facebook when sharing info on Vaccines. We definitely need to join together to protect our First Amendment Rights to free speech. We all need to share this information.

  2 REPLY

**CoRnHoLiO** 1 week ago

Thank You Zach & Cris !! 👏

4 REPLY

View reply

**Edward** 3 days ago

Thanks for putting this all together Zach! I understand as of today, there are now 17 plaintiffs signed to this action. It's easy to see that Chris is absolutely the right person for this job!

  1 REPLY

SGT Report 5 days ago

A fantastic, informative, in-depth, gives-me-hope call. The one thing I'd add which you've considered no doubt, tortious interference by YouTube between creators and subscribers. Thank you Zach & Cris.

1 REPLY

E

Earl Thornburg 5 days ago

The ability to hear differing views and facts from various sources prevents the ability to disseminate the truth. Without the availability of differing views, one must conclude that what remains available must be propaganda. Therefore we must conclude, the opposite of what remains available must be the truth.

REPLY

E

Earl Thornburg 5 days ago

The ability to share links to these producers materials, commentaries, and news must also be freely shared on social medias. This should be part of the lawsuit.

REPLY

# EXHIBIT C

Explore
Settings
Search Twitter
SGTreport
@SGTreport
Please look for ALL future videos & interviews at SGTreport.tv Thanks for asking Hidden Jewell.
Today, YouTube electronically burned decades of work, while terminating the relationship between dozens of authors w/ MILLIONS of people who subscribed to them.
@HawleyMO
The Hidden Jewell - 6% of 2% WWG1WGA @TheHiddenJewell · Oct 15
Replying to @SGTreport and @YouTube
Where else can you be found, Sean?
twitter.com/TheHiddenJewel...
9:09 PM · Oct 15, 2020 · Twitter Web App
73 Retweets 3 Quote Tweets 118 Likes
R Stephani (& Parler/Clouthub) @RStephani4 · Oct 15
Replying to @SGTreport and @HawleyMO
They have it all.
Don't be surprised if all your work, Dave's, Dave's, many others, has been archived and is restored. Just sayin'.
hydroxychloroquin, Question everything. Qanon. @A... · Oct 15
Replying to @SGTreport and @HawleyMO
Are you on bitchute Sean? Watching from England.
S Michael @SMichae28977814 · Oct 15
Replying to @SGTreport and @HawleyMO
If it were a baseless conspiracy they wouldnt go to all this trouble you only attack those that are a threat
1
More replies
This Tweet violated the Twitter Rules. Learn more
NoHindsightForTheBlind @BDWood73 · Oct 16
Replying to @SGTreport @TheSpeaker2018 and @HawleyMO
Tweet
Everywhere@Once @ROTFLMAO17 · Oct 15
Replying to @SGTreport and @HawleyMO
Im setting up the best i can to get as many of you donations as my finances has cleared up. I have purchasing power and creators like you are my investment!
New to Twitter?
Sign up now to get your own pers
Sign up
Relevant people
SGTreport
@SGTreport
The corporate prop
Josh Hawley
@HawleyMO
Constitutional lawye
Dad to Elijah and Bl
from Missouri
The Hidden Jewell
@TheHiddenJewell
Former LEO Big Pha
#SCOTUS Winner #
#MolonLabe #Black
#Antifa are terrorist
Don't miss what's happening
People on Twitter are the first to know.
Log in



Explore

Settings

Search Twitter

Arizona Coyotes renounce to draft pick Mitchell Mille report reveals he admitted bullying a Black teen with disabilities

World news · Last night
Three people killed in susp terrorist attack in Nice, Fra

Movies · This afternoon
The first trailer for the Micl Bay-produced pandemic th Songbird has arrived

COVID-19 · This morning
Taiwan records 200 days wi a domestic COVID-19 case

US elections · LIVE
California: Election news ar updates

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2020 Twitt

Don't miss what's happening
People on Twitter are the first to know.
Log in S