DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
KELLY M. KNOLL, SBN 305579
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: lwhite@wsgr.com
Email: kknoll@wsgr.com

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

M. CRIS ARMENTA, SBN 177403
CREDENCE E. SOL, SBN 219784
ARMENTA & SOL, PC
11440 West Bernardo Court
Suite 300
San Diego, CA 92127
Telephone: (858) 753-1724
Facsimile: (310) 695-2560
Email: cris@crisarmenta.com
Email: credence@crisarmenta.com

Attorneys for Plaintiffs
JOHN DOE, MICHAEL DOE, JAMES DOE, HENRY DOE, ROBERT DOE, CHRISTOPHER DOE, MATTHEW DOE, POLLY ST. GEORGE, SCOTT DEGROAT, MISHEL McCUMBER, DANIEL LEE, JEFF PEDERSEN, JORDAN SATHER, and SARAH WESTALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC, ET AL.,<br><br>　　　　Defendants. | CASE NO.: 5:20-cv-07502-BLF<br><br>**JOINT STIPULATED REQUEST TO CHANGE TIME REGARDING RESPONSE TO FIRST AMENDED COMPLAINT** |

1    Plaintiffs John Doe, Michael Doe, James Doe, Henry Doe, Robert Doe, Christopher Doe,
2  Matthew Doe, Polly St. George, Scott Degroat, Mishel McCumber, Daniel Lee, Jeff Pedersen,
3  Jordan Sather, and Sarah Westall ("Plaintiffs") and Defendants Google LLC and YouTube, LLC
4  ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record,
5  hereby stipulate as follows:
6    WHEREAS, Plaintiffs filed this action on October 26, 2020;
7    WHEREAS, shortly thereafter, Plaintiffs applied to this Court for a temporary restraining
8  order and for an order to show cause why a preliminary injunction should not issue (*see* Dkt. No.
9  8);
10    WHEREAS, this Court denied Plaintiffs' application for a temporary restraining order on
11  November 3, 2020 (*see* Dkt. No. 27);
12    WHEREAS, Plaintiffs subsequently informed Defendants of their intention to amend the
13  Complaint and to move for a preliminary injunction;
14    WHEREAS, on November 17, 2020, Plaintiffs filed a First Amended Complaint (*see*
15  Dkt. No. 30), and Defendants have until December 1, 2020 to answer or otherwise respond to the
16  First Amended Complaint;
17    WHEREAS, Defendants anticipate moving to dismiss Plaintiffs' claims pursuant to Rule
18  12(b)(6) of the Federal Rules of Civil Procedure;
19    WHEREAS, the Parties expect that the briefing on Plaintiffs' anticipated motion for a
20  preliminary injunction and Defendants' anticipated motion to dismiss will present many of the
21  same legal issues and arguments;
22    WHEREAS, the Parties have agreed, subject to this Court's approval, that Defendants'
23  deadline to respond to the First Amended Complaint should be held in abeyance until after this
24  Court issues its ruling on Plaintiffs' anticipated preliminary injunction motion;
25    WHEREAS, the Parties believe that holding in abeyance the deadline for Defendants'
26  response to the Complaint will serve the interest of judicial economy and will preserve the
27  resources of the Parties and this Court;
28

WHEREAS, the Parties have agreed that, within one week of issuance of the Court's ruling on Plaintiffs' preliminary injunction motion, they will meet and confer regarding a briefing schedule for Defendants' anticipated motion to dismiss;

WHEREAS, the Parties have agreed to file a subsequent stipulation and proposed scheduling order concerning Defendants' anticipated motion to dismiss shortly thereafter;

WHEREAS, the Parties have sought no previous extensions of time in this case;

WHEREAS, this joint request is being made in the interests of judicial economy and in good faith, is not for the purpose of delay, and will not prejudice any party;

NOW, THEREFORE, based on the above stipulation, pursuant to Civil Local Rules 6-2 and 7-12, and with Defendants and Plaintiffs reserving all rights and defenses, the Parties respectfully ask the Court to enter the attached proposed order, which provides that:

1. Defendants' deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint shall be held in abeyance until after this Court issues its ruling on Plaintiffs' anticipated motion for a preliminary injunction;

2. Within one week of issuance of the Court's ruling on Plaintiffs' preliminary injunction motion, the Parties shall meet and confer regarding a briefing schedule for Defendants' anticipated motion to dismiss; and

3. The Parties shall file a subsequent stipulation and proposed scheduling order concerning Defendants' anticipated motion to dismiss shortly thereafter.

|    |                              |                                                          |
|----|------------------------------|----------------------------------------------------------|
| 1  |                              | Respectfully submitted,                                  |
| 2  | Dated:  December 3, 2020     | WILSON SONSINI GOODRICH & ROSATI                         |
|    |                              | Professional Corporation                                 |
| 4  |                              | By:   */s/ Lauren Gallo White*                           |
|    |                              |          LAUREN GALLO WHITE                              |
| 6  |                              | Attorneys for Defendants                                 |
|    |                              | GOOGLE LLC and YOUTUBE, LLC                              |
| 8  | Dated:  December 3, 2020     | ARMENTA & SOL, PC                                        |
| 10 |                              | By:   */s/ M. Cris Armenta*                              |
|    |                              |          M. CRIS ARMENTA                                 |
| 11 |                              | Attorneys for Plaintiffs                                 |

### **ATTORNEY ATTESTATION**

I, Lauren Gallo White, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By:   */s/ Lauren Gallo White*
        Lauren Gallo White