United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-07502-BLF<br><br>**ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYMS** |

Before the Court is Plaintiffs John Doe, Michael Doe, James Doe, Henry Doe, Robert Doe, Christopher Doe, Matthew Doe, and Polly St. George's ("Doe Plaintiffs") Administrative Motion to Proceed Under Pseudonyms. ECF 4. The motion is unopposed. Having considered the motion and associated papers, the Court GRANTS the Doe Plaintiffs' Motion.

**IT IS SO ORDERED.**

Dated: January 26, 2021

_____
BETH LABSON FREEMAN
United States District Judge