| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>LAUREN GALLO WHITE, SBN 309075<br>KELLY M. KNOLL, SBN 305579<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>Email: lwhite@wsgr.com<br>Email: kknoll@wsgr.com<br><br>Attorneys for Defendants<br>GOOGLE LLC and YOUTUBE, LLC | M. CRIS ARMENTA, SBN 177403<br>CREDENCE E. SOL, SBN 219784<br>ARMENTA & SOL, PC<br>11440 West Bernardo Court<br>Suite 300<br>San Diego, CA 92127<br>Telephone: (858) 753-1724<br>Facsimile: (310) 695-2560<br>Email: cris@crisarmenta.com<br>Email: credence@crisarmenta.com<br><br>Attorneys for Plaintiffs<br>JOHN DOE, MICHAEL DOE, JAMES DOE, HENRY DOE, ROBERT DOE, CHRISTOPHER DOE, MATTHEW DOE, POLLY ST. GEORGE, SCOTT DEGROAT, MISHEL McCUMBER, DANIEL LEE, JEFF PEDERSEN, JORDAN SATHER, and SARAH WESTALL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC, ET AL.,<br><br>    Defendants. | CASE NO.: 5:20-cv-07502-BLF<br><br>**STIPULATED REQUEST TO CHANGE TIME REGARDING THE PARTIES' BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs John Doe, Michael Doe, James Doe, Henry Doe, Robert Doe, Christopher Doe, Matthew Doe, Polly St. George, Scott Degroat, Mishel McCumber, Daniel Lee, Jeff Pedersen, Jordan Sather, and Sarah Westall ("Plaintiffs") and Defendants Google LLC and YouTube, LLC ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed this action on October 26, 2020;

WHEREAS, Plaintiffs filed a First Amended Complaint on November 17, 2020 (*see* Dkt. No. 30);

WHEREAS, Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss") on April 7, 2021 (*see* Dkt. No. 40);

WHEREAS, Plaintiffs' opposition brief is presently due on or before April 21, 2021, and Defendants' reply brief is presently due on or before April 28, 2021 (*see id.*);

WHEREAS, Defendants' Motion to Dismiss is currently scheduled to be heard on September 9, 2021 (*see id.*);

WHEREAS, the Parties have agreed that, subject to this Court's approval, the deadline for Plaintiffs' opposition brief should be extended to May 19, 2021 and the deadline for Defendants' reply brief should be extended to June 23, 2021;

WHEREAS, the Parties seek this extension as a result of personal health conflicts and professional conflicts that have arisen for counsel of both Parties;

WHEREAS, the Parties have sought one previous extension of time in this case (*see* Dkt No. 31);

WHEREAS, this joint request is being made in good faith, is not for the purpose of delay, and will not prejudice any party;

WHEREAS, the requested time modification will affect the opposition brief and reply brief deadlines (*see* Dkt. No. 40), but will otherwise have no effect on the schedule for this case;

1    NOW, THEREFORE, based on the above stipulation, pursuant to Civil Local Rules 6-2
2 and 7-12, and with Defendants and Plaintiffs reserving all rights and defenses, the Parties
3 respectfully ask the Court to enter the attached proposed order, which provides:
4    (1) the deadline for Plaintiffs to file their opposition brief in response to Defendants'
5 Motion to Dismiss shall be extended to May 19, 2021; and
6    (2) the deadline for Defendants to file their reply brief in support of Defendants' Motion
7 to Dismiss shall be extended to June 23, 2021.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 19, 2021 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
|  | By:  */s/ Lauren Gallo White*<br>         LAUREN GALLO WHITE |
|  | Attorneys for Defendants<br>GOOGLE LLC and YOUTUBE, LLC |
| Dated: April 19, 2021 | ARMENTA & SOL, PC |
|  | By:  */s/ Credence E. Sol*<br>         CREDENCE E. SOL |
|  | Attorneys for Plaintiffs |

### ATTORNEY ATTESTATION

I, Lauren Gallo White, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By:   */s/ Lauren Gallo White*
         Lauren Gallo White