UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC, ET AL.,<br><br>    Defendants. | CASE NO.: 5:20-cv-07502-BLF<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CHANGE TIME REGARDING THE PARTIES' BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS |

|  |  |
|---|---|
| 1 | Having considered the Stipulated Request to Change Time Regarding the Parties' |
| 2 | Briefing Schedule for Defendants' Motion to Dismiss, the Declaration of Lauren Gallo White in |
| 3 | support thereof, and all papers on file, and good cause appearing therefrom, IT IS HEREBY |
| 4 | ORDERED that the Stipulated Request to Change Time Regarding the Parties' Briefing |
| 5 | Schedule for Defendants' Motion to Dismiss is GRANTED. The Court orders as follows: |

1. The deadline for Plaintiffs to file their opposition brief in response to Defendants' Motion to Dismiss shall be extended to May 19, 2021; and

2. The deadline for Defendants to file their reply brief in support of Defendants' Motion to Dismiss shall be extended to June 23, 2021.

**IT IS SO ORDERED.**

Dated: April 19, 2021

_____
Honorable Beth Labson Freeman
United States District Court Judge