| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>LAUREN GALLO WHITE, SBN 309075<br>KELLY M. KNOLL, SBN 305579<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>Email: lwhite@wsgr.com<br>Email: kknoll@wsgr.com<br><br>Attorneys for Defendants<br>GOOGLE LLC and YOUTUBE, LLC | M. CRIS ARMENTA, SBN 177403<br>CREDENCE E. SOL, SBN 219784<br>ARMENTA & SOL, PC<br>11440 West Bernardo Court<br>Suite 300<br>San Diego, CA 92127<br>Telephone: (858) 753-1724<br>Facsimile: (310) 695-2560<br>Email: cris@crisarmenta.com<br>Email: credence@crisarmenta.com<br><br>Attorneys for Plaintiffs<br>JOHN DOE, MICHAEL DOE, JAMES DOE, HENRY DOE, ROBERT DOE, CHRISTOPHER DOE, MATTHEW DOE, POLLY ST. GEORGE, SCOTT DEGROAT, MISHEL McCUMBER, DANIEL LEE, JEFF PEDERSEN, JORDAN SATHER, and SARAH WESTALL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, ET AL.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC, ET AL.,<br><br>            Defendants. | CASE NO.: 5:20-cv-07502-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBMIT DEFENDANTS' MOTION TO DISMISS WITHOUT HEARING** |

Plaintiffs John Doe, Michael Doe, James Doe, Henry Doe, Robert Doe, Christopher Doe, Matthew Doe, Polly St. George, Scott Degroat, Mishel McCumber, Daniel Lee, Jeff Pedersen, Jordan Sather, and Sarah Westall ("Plaintiffs") and Defendants Google LLC and YouTube, LLC ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss") on April 7, 2021 (*see* Dkt. No. 40);

WHEREAS, Defendants' Motion to Dismiss is fully briefed (*see* Dkt. Nos. 43, 44) and is currently scheduled to be heard on September 9, 2021 (*see* Dkt. No. 40);

WHEREAS, the Parties have agreed, subject to this Court's approval, to submit this matter based on the Parties' briefing, without the need for oral argument;

NOW, THEREFORE, based on the above stipulation, the Parties respectfully request that Defendants' Motion to Dismiss be deemed submitted on the papers and the September 9, 2021 hearing be vacated.

Respectfully submitted,

Dated:  August 26, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  */s/ David H. Kramer*
          DAVID H. KRAMER

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

Dated:  August 26, 2021

ARMENTA & SOL, PC

By:  */s/ Credence E. Sol*
          CREDENCE E. SOL

Attorneys for Plaintiffs

**ATTORNEY ATTESTATION**

I, David H. Kramer, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By:   /s/ David H. Kramer
       David H. Kramer

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   August 26, 2021

       Honorable Beth Labson Freeman
       United States District Court Judge