# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC, et al.,<br><br>            Defendants. | Case No. 20-cv-07502-BLF<br><br>**JUDGMENT** |

The Court having dismissed Plaintiffs' federal law claim (Claim 29) with prejudice and Plaintiffs' state law claims (Claims 1-28) without prejudice to refiling them in state court,

It is hereby ordered and adjudged that Plaintiffs take nothing by this action and that Judgment is entered for Defendants and against Plaintiffs.

Dated: October 19, 2021

_____
BETH LABSON FREEMAN
United States District Judge