UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE; et al.,<br><br>   Plaintiffs - Appellants,<br><br> and<br><br>DAVID J. HAYES,<br><br>   Plaintiff,<br><br> v.<br><br>GOOGLE LLC and YOUTUBE, LLC,<br><br>   Defendants - Appellees. | No. 21-16934<br><br>D.C. No. 5:20-cv-07502-BLF<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

  The judgment of this Court, entered November 18, 2022, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT

            By: Howard Hom
            Deputy Clerk
            Ninth Circuit Rule 27-7